[Civil No. 295.]

HENRY T. BALDRIDGE, Appellant, v. JAMES REILLY, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. William H. Barnes, Judge. Dismissed.

George G. Berry, for Appellant.

James Reilly, *in persona.*

PER CURIAM.—Upon the authority of *Reilly* v. *Crowley, ante, p.* 286, 29 Pac. 14, (decided at this term) and upon motion by appellee, and for similar reasons, this appeal is dismissed, and there will be judgment accordingly. (Filed January 24, 1891.)

---

[Criminal No. 70.]

Ex Parte: In the Matter of GEORGE W. YOUNG, Petitioner.

APPLICATION for a writ of habeas corpus.

Harris Baldwin, for Petitioner.

Attorney-General, for Territory.

February 2, 1891. Writ granted.

---

[Civil No. 324.]

WANG HOW et al., Appellants, v. WILLIAM DEE, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

George G. Berry, for Appellants.

Herring & Herring, for Appellee.

February 3, 1891. Affirmed.